UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-355-APG-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| TERRANCE FLEMING, | |
| Defendant. | |

Based on the request of counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the United States Marshal's Service will transport Terrance Fleming from the Clark County Detention Center in Las Vegas, Nevada to the Nevada Southern Detention Facility in Pahrump, Nevada ("NSDC"). Mr. Fleming will reside in the NSDC until the resolution of his federal proceedings or if the court grants a motion for pretrial release.

DATED this  4th  day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE